IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARRYL RIGGINS, AIS # 184051,        :

    Plaintiff,                                         :

vs.                                                          :    CIVIL ACTION 08-0651-CB-M

GRANTT CULLIVER, et al.,              :

    Defendants.                                    :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is further ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g) and that the Motion to Proceed Without Prepayment of Fees be and is hereby DENIED.

DONE this 22nd day of February, 2010.

s/Charles R. Butler, Jr.
Senior United States District Judge